UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE HENDRIX,<br><br>  Plaintiff,<br><br>  v.<br><br>J. GOMEZ, et al.,<br><br>  Defendants. | No. 2:21-cv-1062-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has submitted an application for leave to proceed in forma pauperis, but has failed to properly respond to all of the questions asked therein. Specifically, plaintiff failed to provide any details regarding the "disability or workers compensation payments" noted in his response to question number three and failed to provide answers to questions four through seven. Accordingly, the request (ECF No. 2) is denied without prejudice to filing a properly completed application for leave to proceed in forma pauperis. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis. Failure to comply with this order may result in dismissal of this action.

So ordered.

Dated: June 23, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE