IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOMINIQUE HENDRIX,**<br><br>             Plaintiff,<br><br>    v.<br><br>**J. GOMEZ,**<br><br>             Defendant. | Case No. 2:21-cv-01062 WBS EFB<br><br>[~~PROPOSED~~] ORDER |

Good cause appearing, Defendant's Ex Parte Application for Extension of Time to File Responsive Pleading is granted.  The deadline for Defendant J. Gomez to file his responsive pleading shall be extended by thirty days, up to and including November 10, 2022.

IT IS SO ORDERED

Dated:  October 4, 2022.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE