IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOMINIQUE HENDRIX,**<br><br>              Plaintiff,<br><br>      v.<br><br>**J. GOMEZ,**<br><br>              Defendant. | Case No. 2:21-cv-01062 WBS EFB<br><br>[~~PROPOSED~~] **ORDER** |

   Good cause appearing, Defendant's Ex Parte Application to Modify the Order Re: Deadline to File Dispositive Motions is granted.  The deadline for the parties to file dispositive motions, shall be extended by sixty days, from June 9, 2023 up to and including August 8, 2023.

   IT IS SO ORDERED

Dated:  June 15, 2023.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE