IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOMINIQUE HENDRIX,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J. GOMEZ,**<br><br>　　　　　　　　　　Defendant. | Case No. 2:21-cv-01062 WBS EFB<br><br>[~~PROPOSED~~] **ORDER** |

Good cause appearing, Defendant's Ex Parte Application to Modify the Order Re: Deadline to File Dispositive Motion (ECF No. 47) is granted. The deadline for the parties to file dispositive motions, shall be extended by ten days, from August 28, 2023, up to and including September 7, 2023.

　　IT IS SO ORDERED

Dated: August 30, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE