UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE HENDRIX,<br><br>             Plaintiff,<br><br>      v.<br><br>J. GOMEZ,<br><br>             Defendant. | No. 2:21-cv-01062-WBS-EFB (PC)<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On September 7, 2023, defendant filed a motion for summary judgment. ECF No. 49. Plaintiff has not filed an opposition or statement of non-opposition. E.D. Cal. L.R. 230(*l*).

Accordingly, it is ORDERED that, within 30 days of the date of this order, plaintiff shall file an opposition or a statement of non-opposition to the pending motion for summary judgment. Failure to comply with this order may result in waiver of opposition to the motion or dismissal of this action. Fed. R. Civ. P. 41(b).

Dated: October 17, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE