## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DOMINIQUE HENDRIX,**

CASE NO: **2:21–CV–01062–WBS–EFB**

v.

**J. GOMEZ, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/19/2024**


**Keith Holland**
Clerk of Court

ENTERED: **January 19, 2024**

by: /s/ L. Reader
Deputy Clerk